JAMES BROWN, as Administrator of the Estate of PATRICK BROWN, Deceased, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

*Brown* v. *Long Island R. R. Co.*, 134 App. Div. 933, affirmed.
(Argued January 5, 1911; decided January 24, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 20, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's

intestate alleged to have been occasioned through defendant's negligence.

*William C. Beecher* and *Joseph F. Keany* for appellant.

*Martin T. Manton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER and WILLARD BARTLETT, JJ. Dissenting: HISCOCK, CHASE and COLLIN, JJ.